Ⓐ

12/21/2027  00:53  18158069766        TRUCKING:::::::                    PAGE  02
FROM :                          FAX NO. :                   Dec. 21 2007 12:29PM P1

08cv53
Judge GOTTSCHALL
Mag. Judge NOLAN

FILED
JAN X 3 2008
Jan 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Howell Trucking Co_
(Please print)

STREET ADDRESS: _P.O. Box 1294_

CITY/STATE/ZIP: _Frankfort IN_

PHONE NUMBER: _708-296-3459_

CASE NUMBER: _____

Signature: _John Howell_                    Date: _12-20-07_