**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 0053 |

JOHN HOWELL d/b/a HOWELL TRUCKING, LTD. et al., Plaintiffs, v.
CITY OF CHICAGO, TOM KNESS, PAUL VOLPE, and MAYOR RICHARD M. DALEY, Defendants

Judge: Joan B. Gottschall

Magistrate Judge: Nan R. Nolan

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants CITY OF CHICAGO, TOM KNESS, PAUL VOLPE, and MAYOR RICHARD M. DALEY

| |
|---|
| NAME (Type or print)<br>Michael A. Forti |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael A. Forti |
| FIRM<br>City of Chicago Dept. of Law |
| STREET ADDRESS<br>30 North La Salle Street, Suite 1230 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3127929 | TELEPHONE NUMBER<br>312-744-9018 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

  I, Michael A. Forti, an attorney, hereby certify that on this day, the 1st day of February 2008, I caused a copy of the foregoing **Appearance of Michael A. Forti on Behalf of Defendants City of Chicago, Tom Kness, Paul Volpe, and Mayor Richard M. Daley** to be served by next business day delivery on:

    John Howell
    8027 S. Yates
    Chicago, IL 60626


            s/ Michael A. Forti