## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 53 | **DATE** | 2/7/2008 |
| **CASE TITLE** | Howell d/b/a Howell Trucking, Limited vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion by Defendant, City of Chicago and individual Defendants Tom Kness, Paul Volpe and Mayor Richard M. Daley to remand [11] is granted. It is hereby ordered that this case is remanded back to the Circuit Court of Cook County. Civil case terminated.

Docketing to mail notices.
*Mail AO 450 form.

00:06

| | Courtroom Deputy Initials: | RJ |
|---|---|---|