# United States District Court

## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| John Howell d/b/a Howell Trucking, | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 53 |
| City of Chicago, et al | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is not properly filed in federal court and is therefore remanded to the Circuit Court of Cook County. Civil case terminated.

Michael W. Dobbins, Clerk of Court

Date: 2/7/2008

/s/ Rhonda Johnson, Deputy Clerk